**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6707**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD M. PATTERSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-97-60)

---

Submitted:  October 24, 2001          Decided:  November 19, 2001

---

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jack R. Maro, Ocala, Florida, for Appellant.  Kenneth E. Melson, United States Attorney, William H. Stallings, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard M. Patterson appeals the district court's order denying his motion for a new trial under Fed. R. Crim. P. 33. We have reviewed the record and find that the district court did not have jurisdiction to consider the motion because it was filed beyond the time period allowed under the Rule. <u>See</u> Fed. R. Crim. P. 33; <u>see also</u> <u>United States v. Smith</u>, 62 F.3d 641, 648 (4th Cir. 1995) (holding that time limits set forth in Fed. R. Crim. P. 33 are jurisdictional). Accordingly, we dismiss the appeal. 28 U.S.C. § 2106 (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>